```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                FORT MYERS DIVISION

MOHAN THAMPI,

            Plaintiff,

vs.                             Case No.  2:04-cv-441-FtM-29SPC

COLLIER   COUNTY   BOARD   OF
COMMISSIONERS, JAMES MUDD and JAMES
DeLONY,   in   their   individual
capacities

            Defendant.
_____
```

**ORDER**

This matter comes before the Court on Collier County's Motion of Clarification to Convert Rule 12(b)(6) Motion to Dismiss into and in Consolidation with Pending Rule 56 Motion for Summary Judgment (Doc. #189) and supporting Memorandum of Law (Doc. #190) filed on June 30, 2005.  On June 15, 2005, Collier County filed a Notice of Conversion of Rule 12(b)(6) Motion to Dismiss into and in Consolidation with Pending Rule 56 Motion for Summary Judgment (Doc.# 177).  Plaintiff filed an Objection (Doc. #187) on June 23, 2005, and a Memorandum of Law in Opposition (Doc. #191) on July 5, 2005.

Collier County ("County") filed its Motion to Dismiss the Amended Complaint (Doc #165) on May 31, 2005.  On June 6, 2005, County filed its Motion for Summary Judgment (Doc. # 168).  On June 20, 2005, County filed its Answer and Affirmative Defenses to plaintiff's Amended Complaint (Doc. #180).  A motion to dismiss is

improper once a responsive pleading has been filed. <u>Skrtich v. Thornton</u>, 280 F.3d 1295, 1306 (11th Cir. 2002). Defendant's Motion to Dismiss (Doc. #165) is moot and will be denied as such.

Accordingly, it is now

**ORDERED**:

1) Defendant Collier County's Motion to Dismiss Amended Complaint (Doc. #165) is **DENIED** as moot.

2) Defendant's Motion of Clarification to Convert Rule 12(b)(6) Motion to Dismiss into and in Consolidation with Pending Rule 56 Motion for Summary Judgment (Doc. #189) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this   26th   day of July, 2005.

_____
JOHN E. STEELE
United States District Judge

Copies:
Counsel of record